IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHERINE WEBER,<br><br>*Plaintiff,*<br><br>v.<br><br>THE KNOT WORLDWIDE, INC. and GODADDY.COM, LLC,<br><br>*Defendants.* | CIVIL ACTION NO.: 3:22-cv-01940-RJD |

## MOTION TO REMAND, PURSUANT TO 28 U.S.C. § 1447

Plaintiff, through undersigned counsel, states as follows for her Motion to Remand, Pursuant to 28 U.S.C. § 1447:

1. Defendant, The Knot Worldwide, Inc. ("The Knot") filed Document 1 on 8/19/22, seeking to remove this matter from state court, to this Court.

2. That removal was filed pursuant to 28 U.S.C. §§ 1441 and 1446, based upon diversity of citizenship.

3. Paragraph 7 of Document 1 argues that the amount in controversy exceeds $75,000.

4. Plaintiff affirmatively states through counsel that she will not seek in excess of $75,000 in this case, and should the court require, will execute such further documents as necessary.

5. Therefore, the amount in controversy requirement not being met, diversity jurisdiction in this court does not exist, and Plaintiff requests that this court remand the matter to state court.

WHEREFORE, Plaintiff, Catherine Weber, asks that this court remand this matter back to the Circuit Court for Madison County, Illinois.

                              CATHERINE WEBER, Plaintiff

BY:       /s/ *James L. Craney*
     CRANEY WINTERS LAW GROUP LLC
     James L. Craney, #6282699
     Don Weber, *of counsel*, #02955555
     115 N. Buchanan St., Suite A
     Edwardsville, IL 62269
     Ph.: (618) 307-9595
     Fax: (618) 307-6693
     james.craney@craneylaw.com

## CERTIFICATE OF SERVICE

      I certify that on September 8, 2022, I served the foregoing by CM/ECF and email on the following counsel:

Daniel R. Campbell
Michael S. Nadel
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606
mnadel@mwe.com
*Attorneys for Defendant*
*The Knot Worldwide, Inc.*

Harper S. Seldin
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
HSeldin@cozen.com
*Attorney for Defendant*
*GoDaddy.Com, LLC*

                                                  /s/ *Heather Koerkenmeier*
                                        CRANEY WINTERS LAW GROUP LLC